Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
21, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed April 21, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00232-CV

____________

 

IN RE KEVIN McWILLIAMS, d/b/a 

McWILLIAMS MONUMENT COMPANY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 8, 2005, relator filed a petition for
writ of mandamus in this court.  See Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004-05); see also
Tex. R. App. P. 52.  In his petition, relator asked that we direct
the Honorable Kenneth Keeling, the presiding judge of the 278th District Court
in Grimes County, to set aside his nunc pro tunc order retaining the underlying
case on the docket.[1]  

Relator has not established that he is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus. 








 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed April 21, 2005.

Panel consists of
Chief Justice Hedges and Justices Fowler and Frost. 











[1]  The underlying
case is styled Carolyn Poret Stark v. Kevin McWilliams, d/b/a McWilliams
Monument Company, filed under cause number 29,305 in the 278th District
Court of Grimes County, Texas.